**Order entered November 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00075-CV

**TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION, Appellants**

**V.**

**BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-15296**

## ORDER

Before the Court is appellants' November 22, 2019 unopposed motion for second extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 6, 2020. We caution appellants that further extension requests will be disfavored.

/s/ KEN MOLBERG
   JUSTICE